# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| GEORGIA POWER COMPANY<br>241 Ralph McGill Boulevard, N.E.<br>Atlanta, Georgia 30308-3374,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL BRITT MOON,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action File No: 3:06-cv-00698-SRW<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Georgia Power Company ("Georgia Power"), by and through the undersigned counsel, and gives this Honorable Court notice pursuant to Rule 41(a)(i) of the *Federal Rules of Civil Procedure* that it hereby voluntarily dismisses the above-captioned action without prejudice.

                                                          **/s/ Phillip E. Adams**
                                                          PHILLIP E. ADAMS (ASB-9946-D56P)
                                                          Attorney for Plaintiff

<u>OF COUNSEL</u>

Adams, Umbach, Davidson
& White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing document upon:

Michael Britt Moon
3300 McKee Road
Upatoi, Georgia 31829

by placing a copy of the same in the United States mail, properly addressed and postage prepaid this the 5th day of March, 2007.

      /s/ Phillip E. Adams
     **OF COUNSEL**