**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

March 6, 2007

**Notice of Dismissal of Case**

To:   All Parties

Re:   Georgia Power Company v. Moon
      Civil Action No.  3:06-cv-00698-SRW

    Pursuant to the Notice of Dismissal filed by the Plaintiff on March 5, 2007, this case has been closed and removed from the pending docket of this court.